# RUBINSTEIN & COROZZO, LLP
## COUNSELORS AT LAW

260 MADISON AVENUE, 22ND FLOOR
NEW YORK, N.Y. 10016
TELEPHONE (212) 545-8777; FAX (917) 722-8206
INFO@RUBCORLAW.COM

RONALD RUBINSTEIN
JOSEPH R. COROZZO

Of Counsel:
MARSHALL A. MINTZ

ANGELA D. LIPSMAN (NY; NJ)

July 27, 2021

Hon. Paul A. Engelmayer
United States District Court
Southern District of New York
40 Foley Square, Room 2201
New York, New York 10007

Re: U.S. v. Frank Pizzonia
20 CR 645 (PAE)

Dear Judge Engelmayer,

I represent Frank Pizzonia ("Pizzonia") in the above-captioned case. The terms of Mr. Pizzonia's release restrict his travel to within the Southern District of New York and the Eastern District of New York. I write to request permission for Mr. Pizzonia to travel to New Jersey this Wednesday, July 28, 2021 and this Thursday, July 29, 2021.

Mr. Pizzonia's first cousin just recently passed away. Mr. Pizzonia wishes to pay his respects at his cousin's wake, which is being held on Wednesday, July 28, and to attend the funeral scheduled for this Thursday, July 29, 2021. Following services at the church on Thursday, Mr. Pizzonia would be traveling from the church to the cemetery.

The funeral home, church, and the cemetery are all located in Manahawkin, New Jersey.

My law office has contacted the Government and I have been advised the Government has no objection to this application. My office has also contacted Pretrial Services and Pretrial Services also has no objection.

Wherefore, I respectfully request that Mr. Pizzonia be granted permission to travel to New Jersey on Wednesday, July 28, 2021 and on Thursday, July 29, 2021.

Thank you for your consideration.

Respectfully,

Joseph R. Corozzo, Esq.

**GRANTED.** The Clerk of Court is requested to terminate the motion at Dkt. No. 80.

SO ORDERED.

7/27/2021

_____
PAUL A. ENGELMAYER
United States District Judge