UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X

UNITED STATES OF AMERICA,

    -v-                                                       20-CR-645-05 (PAE)

FRANK PIZZONIA,                                SCHEDULING ORDER

                        Defendant.

------------------------------------------------------------------X

PAUL A. ENGELMAYER, District Judge:

       The Court schedules a conference in this case for **September 14, 2021** at **2:30 p.m.** in **Coutroom 1305** of the Thurgood Marshall Courthouse, 40 Foley Square, New York, NY. The parties are to consult the Court's Emergency Individual Rules and Practices in Light of COVID-19, available at https://www.nysd.uscourts.gov/hon-paul-engelmayer.  For the safety of all involved, the Court requests that members of the public who wish to attend this conference use the following dial in information to access the conference; call 888-363-4749 and use access code 468-4906.

       SO ORDERED.

*Paul A. Engelmayer*
PAUL A. ENGELMAYER
United States District Judge

Dated: September 8, 2021
       New York, New York