UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------X
: 
UNITED STATES OF AMERICA, :
:
    -v-                                        :          20-CR-645-05 (PAE)
:
FRANK PIZZONIA, :          SCHEDULING ORDER
:
                    Defendant. :
:
------------------------------------------------------------------------X

PAUL A. ENGELMAYER, United States District Judge:

    For the reasons stated on the record at today's conference, the Court hereby sets the following schedule and deadlines:

- Motions *in limine* are due on **January 31, 2022**. Opposition to motions *in limine* are due **February 7, 2022**.

- Proposed *voir dire* and requests to charge are due **February 14, 2022.**

- The final pretrial conference in this case will take place **February 22, 2022** at **10:00 a.m.** in **Courtroom 1305** of the Thurgood Marshall Courthouse, 40 Foley Square, New York, NY

- Trial is scheduled for **March 2, 2022** at **9:00 a.m.** Counsel are, however, to maintain availability on surrounding dates, given the Court's inability to guarantee that trial will start on a date certain.

- Time is excluded, pursuant to 18 U.S.C. § 3161(h)(7)(A), until March 2, 2022.

SO ORDERED.

Dated: September 14, 2021
      New York, New York

                                                      *Paul A. Engelmayer*
                                        PAUL A. ENGELMAYER
                                        United States District Judge