UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

UNITED STATES OF AMERICA,

-v-

FRANK PIZZONIA,

Defendant.

S1 20 Cr. 645-5 (PAE)

ORDER

---

PAUL A. ENGELMAYER, District Judge:

On December 1, 2021, the parties informed the Court that defendant Frank Pizzonia intends to change his plea in this case. In the event he does not, this case has been placed on the jury trial list for March 14, 2022. This case is a backup on the list for jury trials for that day. This means the case will not proceed if a trial scheduled ahead of this one goes forward. If the case cannot proceed on the scheduled date, the Court will seek another jury trial date for as soon as possible thereafter. As soon as the Court confirms that the matter will proceed on March 14, 2022, it will inform the parties. The Court requests that the parties inform the Court of any current conflict with that week.

SO ORDERED.

Paul A. Engelmayer
United States District Judge

Dated: December 3, 2021
New York, New York

1