UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

UNITED STATES OF AMERICA,

-v-

FRANK PIZZONIA,

                Defendant.

20-CR-645-05 (PAE)

ORDER

---

PAUL A. ENGELMAYER, District Judge:

On Wednesday, December 1, 2021, the parties notified the Court of a potential change of plea in this case. It was, however, communicated with the Court's deputy that the parties would not be prepared to proceed with a change of plea conference until sometime in January 2022. The Court schedules a conference in this case for **December 20, 2021** at **12:30 p.m.** in **Courtroom 1305** of the Thurgood Marshall Courthouse, 40 Foley Square, New York, NY. The Court expects this conference to be used as a change of plea proceeding. The Court reminds counsel that, with a jury trial date having been requested and conditionally assigned to this case for the first quarter of 2022, it is in the interests of other litigants for clarity to be obtained as promptly as possible as to whether this case is proceeding to trial. In the event that the parties are unprepared for the entry of a plea, the December 20, 2021 conference will still go forward as scheduled, in person. The Court will expect counsel to explain why the plea was unable to be timely entered, and to plan for the potential trial.

SO ORDERED.

_____
PAUL A. ENGELMAYER
United States District Judge

Dated: December 7, 2021
       New York, New York