UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>-v-<br><br>FRANK PIZZONIA,<br><br>　　　　　　　　　　Defendant. | 20-CR-645-05 (PAE)<br><br>ORDER |

PAUL A. ENGELMAYER, District Judge:

　　Yesterday, the Court received letters from the defendant (Dkt. No. 124) and Government (Dkt. No. 125) in response to the Court's order dated December 7, 2021 (Dkt. No. 123). The Court is persuaded to schedule the change of plea for early January. The Court hereby schedules a change of plea conference in this matter for **January 13, 2022** at **11:00 a.m.** in **Courtroom 1305** of the Thurgood Marshall Courthouse, 40 Foley Square, New York, NY. The conference scheduled for December 20, 2021 is hereby adjourned.

　　SO ORDERED.

　　　　　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　　　　PAUL A. ENGELMAYER
　　　　　　　　　　　　　　　　　　　　　　　　　　　United States District Judge

Dated: December 9, 2021
　　　　New York, New York