# RUBINSTEIN & COROZZO, LLP
COUNSELORS AT LAW

260 MADISON AVENUE, 22ND FLOOR
NEW YORK, N.Y. 10016
TELEPHONE (212) 545-8777; FAX (917) 722-8206
INFO@RUBCORLAW.COM

RONALD RUBINSTEIN
JOSEPH R. COROZZO

ANGELA D. LIPSMAN (NY; NJ)

Of Counsel:
MARSHALL A. MINTZ

February 4, 2022

Hon. Paul A. Engelmayer
United States District Court
Southern District of New York
40 Foley Square, Room 2201
New York, New York 10007

Re: U.S. v. Frank Pizzonia
    20 CR 645 (PAE)

Dear Judge Engelmayer,

    I represent Frank Pizzonia ("Pizzonia") in the above-captioned case. I write to request permission for Mr. Pizzonia to travel from February 20 to February 23, 2022.

    Mr. Pizzonia wishes to go on a college visit with his daughter to the University of Tennessee. If this application is granted, he would fly to Knoxville, Tennessee on February 20, 2022 and fly back to New York on February 23, 2022.

    My law office has contacted the Government, and I have been advised that the Government has no objection to this application. We have also contacted Mr. Pizzonia's Pretrial Services Officer. I have been advised that Pretrial Services also has no objection, provided that Mr. Pizzonia's hotel and travel itinerary are provided to Pretrial Services, which has already been provided by defense counsel.

    Wherefore, I respectfully request that Mr. Pizzonia be permitted to travel to Knoxville from February 20, 2022 to February 23, 2022.

    Thank you for your consideration.

Respectfully,

Joseph R. Corozzo, Esq.
via ECF),

**GRANTED.** The Clerk of Court is requested to terminate the motion at Dkt. No. 150.

2/9/2022

SO ORDERED.

_____
PAUL A. ENGELMAYER
United States District Judge