# RUBINSTEIN & COROZZO, LLP
COUNSELORS AT LAW

**260 MADISON AVENUE, 22ND FLOOR**
**NEW YORK, N.Y. 10016**
TELEPHONE (212) 545-8777; FAX (917) 722-8206
INFO@RUBCORLAW.COM

RONALD RUBINSTEIN
JOSEPH R. COROZZO
———
ANGELA D. LIPSMAN (NY; NJ)

Of Counsel:
MARSHALL A. MINTZ

April 7, 2022

Hon. Paul A. Engelmayer
United States District Court
Southern District of New York
40 Foley Square, Room 2201
New York, New York 10007

                                Re: U.S. v. Frank Pizzonia
                                    <u>20 CR 645 (PAE)</u>

Dear Judge Engelmayer,

      I represent Frank Pizzonia ("Pizzonia") in the above-captioned case. Mr. Pizzonia's sentencing is currently scheduled for May 4, 2022 at 10:30 a.m. I write to request an adjournment of the sentencing.

      I have a scheduling conflict. On the morning of May 4, 2022, I am to appear before the Nassau First District Court in *People v. Eichenauer,* Case # CR-001023-22NA.

      In addition to the scheduling conflict, the defense needs additional time to gather materials in order to prepare for Mr. Pizzonia's sentencing.

      I have conferred with the Government, and I have been advised that the Government consents to this application to adjourn the sentencing and to extend the time to file the parties' sentencing submissions accordingly.

      Defense counsel and the Government are available on both May 17 and May 18, 2022.

      Wherefore, I respectfully request that Mr. Pizzonia's sentencing be adjourned and that the parties' deadlines to file the sentencing submissions be extended accordingly.

Thank you for your consideration.

Respectfully,

/s/ Joseph R. Corozzo
Joseph R. Corozzo, Esq.

cc: AUSAs Thomas McKay, Paul Monteleoni, and Aline Flodr (via ECF),

**GRANTED.** The Court adjourns sentencing until May 11, 2022, at 11:00 a.m. As a result of a scheduled trial, the Court is unavailable on the dates proposed by the defense. The Clerk of Court is requested to terminate the motion at Dkt. No. 157.

4/8/2022

SO ORDERED.

PAUL A. ENGELMAYER
United States District Judge