UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

| | |
|---|---|
| UNITED STATES OF AMERICA | **Consent** <br> **Order of Restitution** |
| v. | |
| FRANK PIZZONIA | Docket No. S2 20 Cr. 645 (PAE) |

---

Upon the application of the United States of America, by its attorney, Damian Williams, United States Attorney for the Southern District of New York, Thomas A. McKay, Paul M. Monteleoni, and Aline R. Flodr, Assistant United States Attorneys, of counsel; the presentence report; the Defendant's conviction on Count One of the above superseding Information; and all other proceedings in this case, it is hereby ORDERED that:

1. **Amount of Restitution**

Frank Pizzonia, the Defendant, shall pay restitution in the total amount of $109,641.74, pursuant to 18 U.S.C. §§ 3663, 3663A, and 3664, to the victims of the offense charged in Count One. The names, addresses, and specific amounts owed to each victim are set forth in the Schedule of Victims, attached hereto as Schedule A. Upon advice by the United States Attorney's Office of a change of address of a victim, the Clerk of the Court is authorized to send payments to the new address without further order of this Court.

Restitution is joint and several with the following defendant(s) in the following case(s): Joseph Balestra, Joseph Ruzzo, John Nugent, Thomas Caputo, No. 20 Cr. 645 (PAE).

2. **Schedule of Payments**

Pursuant to 18 U.S.C. § 3664(f)(2), in consideration of the financial resources and other assets of the Defendant, including whether any of these assets are jointly controlled; projected earnings and other income of the Defendant; and any financial obligations of the Defendant;

including obligations to dependents, the Defendant shall pay restitution in the manner and according to the schedule that follows:

1. $7,067.48 is due and payable immediately pursuant to 18 U.S.C. § 3572(d)(1); and

2. Any remaining restitution shall be paid, pursuant to 18 U.S.C. § 3572(d)(1) and (2), in monthly installments of $500 commencing one month after the later of the date of the last defendant's sentencing in this matter or (if Pizzonia is sentenced to a term of incarceration), Pizzonia's release from prison.

3. **Payment Instructions**

The Defendant shall make restitution payments by certified check, bank check, money order, wire transfer, credit card or cash. Checks and money orders shall be made payable to the "SDNY Clerk of the Court" and mailed or hand-delivered to: United States Courthouse, 500 Pearl Street, New York, New York 10007 - Attention: Cashier, as required by 18 U.S.C. § 3611. The Defendant shall write his name and the docket number of this case on each check or money order. Credit card payments must be made in person at the Clerk's Office. Any cash payments shall be hand delivered to the Clerk's Office using exact change, and shall not be mailed. For payments by wire, the Defendant shall contact the Clerk's Office for wiring instructions.

4. **Additional Provisions**

The Defendant shall notify, within 30 days, the Clerk of Court, the United States Probation Office (during any period of probation or supervised release), and the United States Attorney's Office, 86 Chambers Street, 3rd Floor, New York, New York 10007 (Attn: Financial Litigation Unit) of (1) any change of the Defendant's name, residence, or mailing address or (2) any material change in the Defendant's financial resources that affects the Defendant's ability to pay restitution in accordance with 18 U.S.C. § 3664(k). If the Defendant discloses, or the Government otherwise learns of, additional assets not known to the Government at the time of the execution of this order,

the Government may seek a Court order modifying the payment schedule consistent with the discovery of new or additional assets.

5.  **Restitution Liability**

The Defendant's liability to pay restitution shall terminate on the date that is the later of 20 years from the entry of judgment or 20 years after the Defendant's release from imprisonment, as provided in 18 U.S.C. § 3613(b).  Subject to the time limitations in the preceding sentence, in the event of the death of the Defendant, the Defendant's estate will be held responsible for any unpaid

balance of the restitution amount, and any lien filed pursuant to 18 U.S.C. § 3613(c) shall continue until the estate receives a written release of that liability.

AGREED AND CONSENTED TO:

DAMIAN WILLIAMS
United States Attorney for the
Southern District of New York

By: _____          5/5/22
Thomas A. McKay                                DATE
Paul M. Monteleoni
Aline R. Flodr
One Saint Andrew's Plaza
New York, NY 10007
Tel.: (212) 637-2268/2219/1110

FRANK PIZZONIA

By: _____          4/28/22
Frank Pizzonia                                 DATE

By: _____          4/29/22
Joseph Corozzo, Esq.                           DATE
260 Madison Avenue, 22nd Floor
New York, NY  10016
Tel: (212) 532-1934


SO ORDERED:

_____               5/11/2022
HONORABLE PAUL A. ENGELMAYER                   DATE
UNITED STATES DISTRICT JUDGE

4

**EXHIBIT A – SEALED SCHEDULE OF VICTIMS**