# RUBINSTEIN & COROZZO, LLP
### COUNSELORS AT LAW

260 MADISON AVENUE, 22ND FLOOR
NEW YORK, N.Y. 10016
TELEPHONE (212) 545-8777; FAX (917) 722-8206
INFO@RUBCORLAW.COM

RONALD RUBINSTEIN
JOSEPH R. COROZZO

Of Counsel:
MARSHALL A. MINTZ

ANGELA D. LIPSMAN (NY; NJ)

August 13, 2025

Hon. Paul A. Engelmayer
United States District Court
Southern District of New York
40 Foley Square, Room 2201
New York, New York 10007

Re: U.S. v. Frank Pizzonia
20 CR 645 (PAE)

Dear Judge Engelmayer,

We represent Defendant Frank Pizzonia ("Pizzonia") in the above-captioned case. Mr. Pizzonia successfully completed his term of supervised release earlier this week.

We write to respectfully request that the Court authorize the release of his passport to Mr. Pizzonia. The passport is currently in the possession of Pretrial Services. (Mr. Pizzonia had been advised that Pretrial Services requires an Order from the Court in order to return the passport. We communicated with the Probation Department, and Probation has no objections.)

Thank you for your consideration.

Respectfully submitted,

Joseph R. Corozzo, Esq.
Angela D. Lipsman, Esq.

cc: A.U.S.A.s Paul Monteleoni,
Aline R. Flodr, Thomas McKay (via ECF)

---

**GRANTED.** The Clerk of Court is requested to terminate the motion at Dkt. No. 192.

8/13/2025

SO ORDERED.

PAUL A. ENGELMAYER
United States District Judge